UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT KUNIK,<br><br>        Defendant. | Case No. 2:23-cr-00240-JAD-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, August 4, 2025 at 11:00 a.m., be vacated and continued to September 3, 2025, at the hour of 10:00 a.m.; or to a time and date convenient to the court.

    DATED this 9th day of May, 2025.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE