UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT KUNIK,<br><br>    Defendant. | Case No. 2:23-cr-00240-JAD-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, November 3, 2025 at 10:00 a.m., be vacated and continued to December 9, 2025, at the hour of 10:00 a.m.

DATED this 22nd day of October, 2025.

_____
UNITED STATES DISTRICT JUDGE

3